**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| TROCA GLOBAL ADVISORS LLC,<br><br>Interpleader Plaintiff,<br><br>v.<br><br>GLOBAL LIQUIDITY SERVICES LLC d/b/a VENDORPAYMENT, and BULK MRO INDUSTRIAL SUPPLY, INC.,<br><br>Interpleader Defendants. | **Case No. 1:23-CV-11546** |

**DEFENDANTS' JOINT MOTION FOR ORDER**

Interpleader Defendants Bulk MRO Industrial Supply, Inc. ("Bulk MRO") and Global Liquidity Services LLC d/b/a VendorPayment ("VendorPayment") have been unable to come to an agreement with Interpleader Plaintiff Troca Global Advisors LLC with respect to the order that the parties discussed with the Court during the hearing that took place on August 29, 2023. Bulk MRO and VendorPayment have, however, been able to come to an agreement with each other regarding such an order. Accordingly, by and through undersigned counsel, Bulk MRO and VendorPayment respectfully submit the proposed order that is appended hereto as Exhibit A.

DATED: October 2, 2023

Respectfully submitted,

/s/ Aaron M. Katz
Aaron Katz, Esq.
AARON KATZ LAW LLC
399 Boylston Street, 6th Floor
Boston, MA 02116
(617) 915-6305
akatz@aaronkatzlaw.com

*Counsel for Bulk MRO*

/s/ Nathaniel Brun
Nathaniel Bruhn
Andrew J. Gallo
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, MA 02110
(617) 341-7700
nathaniel.bruhn@morganlewis.com
andrew.gallo@morganlewis.com

Jeffrey Reisner (*pro hac vice*)
STEPTOE & JOHNSON LLP
633 W 5th St, Unit 700
Los Angeles, CA 90071
(213) 439-9452
jreisner@steptoe.com

Jeremy Goldkind (*pro hac vice*)
STEPTOE & JOHNSON LLP
227 West Monroe Street, Suite 4700
Chicago, IL 60606
(312) 577-1251
jgoldkind@steptoe.com

*Counsel for Global Liquidity Services, LLC*

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that Interpleader Defendants Bulk MRO Industrial Supply, Inc. and Global Liquidity Services LLC sought to confer with Interpleader Plaintiff Troca Global Advisors LLC in an attempt to reach an agreement regarding the proposed order that the Court requested at August 29, 2023 conference. The parties exchanged draft proposed orders but were unable to come to an agreement with respect to such an order.

*/s Aaron M. Katz*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing, including the exhibit, was served on all counsel of record via the ECF system.

*/s/ Aaron M. Katz*