**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| TROCA GLOBAL ADVISORS LLC<br><br>Interpleader Plaintiff,<br><br>v.<br><br>GLOBAL LIQUIDITY SERVICES LLC, d/b/a VENDORPAYMENT, AND BULK MRO INDUSTRIAL SUPPLY, INC.,<br><br>Interpleader Defendants, | Civil Action No.: 1:23-CV-11546 |

**[PROPOSED] ORDER**

This order pertains to any and all assets in the custody or control (direct or indirect) of Interpleader Plaintiff Troca Global Advisors, LLC ("Troca"), including but not limited to any boats, notes, cash, real estate, or other property under the custody or control (direct or indirect) of Troca's member Abhijit Das (collectively "the Assets"). With respect to the Assets, the Court orders as follows:

1. Neither Troca nor Mr. Das, nor anyone acting or purporting to act on behalf of or at the direction of Troca or Mr. Das, shall do anything to transfer, sell, liquidate, mortgage, hypothecate, dissipate, or otherwise impair the value of such Assets without further order from the Court.

2. Within 14 days of the entry of this Order, Troca will specifically identify (i) the Assets that it contends are in Troca's "custody or possession" and the subject of competing claims of the Interpleader Defendants, 18 U.S.C. § 1335; (ii) the valuation of the Assets; and (iii) with respect to each such Asset, the basis for Troca's assertion that the Asset is in Troca's custody or possession.

____________________________
Honorable Angel Kelley
United States District Judge