Gmail

Aaron Katz <akatz@aaronkatzlaw.com>

# RE: Proposed Order

1 message

**Meredith Wilson Doty** <mwd@rose-law.net> Mon, Oct 2, 2023 at 11:46 AM
To: Aaron Katz <akatz@aaronkatzlaw.com>
Cc: "Alan D. Rose, Jr." <adrjr@rose-law.net>, "Goldkind, Jeremy" <jgoldkind@steptoe.com>, "Zyrkowski, Betsy" <bzyrkowski@steptoe.com>, "Reisner, Jeffrey" <jreisner@steptoe.com>, "gmackinlay@mccarter.com" <gmackinlay@mccarter.com>, Natalie Silver <ngs@rose-law.net>

Aaron,

I have attached a redline of our most recent draft of the proposed order for your reference. We are available to meet and confer regarding the proposed order or any motion you intend to file. Any Rule 11 motion will fail as the interpleader action was filed for the purpose of placing assets that are the subject of competing claims with the Court until such time as the pending dispute among your client and VendorPayment is resolved.

Our client cannot agree to restrain all of its assets but is willing, of course, to restrain those assets it holds on behalf of Bulk MRO. In order to bridge the gap between the parties on this issue, below please find an identification of the assets and investments held by Cayan Group LLC for the Escrow Investment Trust for Bulk MRO which are known to us at this time and their estimated approximate value:

(a) Ship Mortgage - Viking 108 - $ 2,165,000

(b) Litigation Financing - MJ's Market, Inc. v. Jushi Holdings, Inc, D. Mass. No. 4:23-cv-40037-MG - $395,000

(c) Equity Investment - MJ's Market - $ 250,000

(d) Troca Capital - Note - $ 350,000

We can discuss at our meet and confer later today or at another time.

Thanks,

Meredith

---

**From:** Aaron Katz <akatz@aaronkatzlaw.com>
**Sent:** Sunday, September 24, 2023 7:49 AM
**To:** Meredith Wilson Doty <mwd@rose-law.net>
**Cc:** Alan D. Rose, Jr. <adrjr@rose-law.net>; Goldkind, Jeremy <jgoldkind@steptoe.com>; Zyrkowski, Betsy