# State of New Hampshire

# Department of State

## 2023 ANNUAL REPORT

Filed
Date Filed: 7/4/2023
Effective Date: 7/4/2023
Business ID: 842732
David M. Scanlan
Secretary of State

| | |
|---|---|
| BUSINESS NAME: | **CAYAN GROUP LLC** |
| BUSINESS TYPE: | **Domestic Limited Liability Company** |
| BUSINESS ID: | **842732** |
| STATE OF FORMATION: | **New Hampshire** |

| CURRENT PRINCIPAL OFFICE ADDRESS | CURRENT MAILING ADDRESS |
|---|---|
| **84 W BROADWAY<br>STE 200 Derry, NH, 03038, USA** | **84 W BROADWAY<br>STE 200 Derry, NH, 03038, USA** |

| REGISTERED AGENT AND OFFICE | |
|---|---|
| REGISTERED AGENT: | **REGISTERED AGENTS INC (658418)** |
| REGISTERED AGENT OFFICE ADDRESS: | **84 W BROADWAY, STE 200 DERRY, NH, 03038, USA** |

PRINCIPAL PURPOSE(S)

| NAICS CODE | NAICS SUB CODE |
|---|---|
| **Wholesale Trade** | **Other Commercial Equipment Merchant Wholesalers** |
| **Wholesale Trade** | **Medical, Dental, and Hospital Equipment and Supplies Merchant Wholesalers** |
| **Wholesale Trade** | **Other Professional Equipment and Supplies Merchant Wholesalers** |
| **Finance and Insurance** | **International Trade Financing** |
| **Finance and Insurance** | **Commodity Contracts Brokerage** |
| **Professional, Scientific, and Technical Services** | **Other Management Consulting Services** |

MANAGER / MEMBER INFORMATION

| NAME | BUSINESS ADDRESS | TITLE |
|---|---|---|
| **Alexander Baez** | **84 W BROADWAY, STE 200, Derry, NH, 03038, USA** | **Member** |

I, the undersigned, do hereby certify that the statements on this report are true to the best of my information, knowledge and belief.

Title: **Attorney-in-Fact**
Business Name: **Troca Global Advisors LLC**
Name of Signer: **Abhijit Das**
Title of Signer: **Attorney-in-Fact**

Filed
Date Filed : 05/21/2020 09:10:10 PM
Effective Date : 05/21/2020 09:10:10 PM
Filing # : 4919352 Pages : 2
Business ID : 842732
William M. Gardner
Secretary of State
State of New Hampshire

# State of New Hampshire
# Department of State

Form LLC-1
RSA 304-C:31

CERTIFICATE OF FORMATION
NEW HAMPSHIRE LIMITED LIABILITY COMPANY

THE UNDERSIGNED, under the New Hampshire Limited Liability Company Laws submits the following certificate of formation:

FIRST: The name of the limited liability company is:

CAYAN GROUP LLC

Principal Business Information:

Principal Office Address:

| | | | |
|---|---|---|---|
| 45 Lafayette Road | North Hampton | NH | 03862 |
| (no. & street) | (city/town) | (state) | (zip code) |

Principal Mailing Address (if different):

| | | | |
|---|---|---|---|
| 45 Lafayette Road | North Hampton | NH | 03862 |
| (no. & street) | (city/town) | (state) | (zip code) |

Business Phone: 3234405105

Business Email: info@cayanhospitality.com

☑ Please check if you would prefer to receive the Annual Report Reminder Notice by email.

SECOND: Describe the nature of the primary business or purposes (and if known, list the NAICS Code and Sub Code):

42-Wholesale Trade - 450-Medical, Dental, and Hospital Equipment and Supplies Merchant Wholesalers

42-Wholesale Trade - 440-Other Commercial Equipment Merchant Wholesalers

42-Wholesale Trade - 490-Other Professional Equipment and Supplies Merchant Wholesalers

54-Professional, Scientific, and Technical Services - 618-Other Management Consulting Services

52-Finance and Insurance - 293-International Trade Financing

52-Finance and Insurance - 140-Commodity Contracts Brokerage

THIRD: The name of the limited liability company's initial registered agent is:

Registered Agents Inc. (658418) .

The complete address of its registered office (agent's business address) is:

| | | | |
|---|---|---|---|
| 159 Main Street S100 | Nashua | NH | 03060 |
| (no. & street) | (city/town) | (state) | (zip code) |

FOURTH: The management of the limited liability company is not vested in a manager or managers.

The period of its duration is: Perpetual .

Manager/Member Information:

| Name | Title | Address |
|---|---|---|
| Alexander Baez | Member | 45 Lafayette Road, North Hampton, NH, 03862, USA |

Title: Authorized Signer

Signature: Alexander Baez

Name of Signer: Alexander Baez

Date signed: 05/21/2020

Effective Date: 05/21/2020 09:10:10 PM

Note: The sale or offer for sale of membership interests of the limited liability company will comply with the requirements of the New Hampshire Uniform Securities Act (RSA 421-B). The membership interests of the limited liability company: 1) have been registered or when offered will be registered under RSA 421-B; 2) are exempted or when offered will be exempted under RSA 421-B; 3) are or will be offered in a transaction exempted from registration under RSA 421-B; 4) are not securities under RSA 421-B; OR 5) are federal covered securities under RSA 421-B. The statement above shall not by itself constitute a registration or a notice of exemption from registration of securities within the meaning of sections 448 and 461(i)(3) of the United States Internal Revenue Code and the regulation promulgated thereunder.

* Must be signed by a manager; if no manager, must be signed by a member.

DISCLAIMER: All documents filed with the Corporation Division become public records and will be available for public inspection in either tangible or electronic form.