UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TROCA GLOBAL ADVISORS LLC

Interpleader Plaintiff,

v.

GLOBAL LIQUIDITY SERVICES LLC, d/b/a VENDORPAYMENT, AND BULK MRO INDUSTRIAL SUPPLY, INC.,

Interpleader Defendants.

Civil Action No.: 1:23-CV-11546

**PLAINTIFF TROCA GLOBAL ADVISORS LLC'S**
**MOTION FOR LEAVE TO FILE REPLY BRIEFS BY NOVEMBER 6, 2023**

Plaintiff-Stakeholder, Troca Global Advisors LLC ("Troca" or "Plaintiff-Stakeholder"), hereby requests leave to file briefs in reply to Defendant Bulk MRO Industrial Supply, Inc.'s ("Bulk MRO") Opposition to Plaintiff's Motion for an Order and Defendant Global Liquidity Services LLC d/b/a VendorPayment's ("VendorPayment") Opposition to Plaintiff's Motion for an Order ("Oppositions") on or before November 6, 2023. As grounds therefore, Troca states that it intends to respond to the Defendants' Oppositions but requires additional time to do so.

Defendants' Oppositions to Troca's proposed orders are based on vastly different grounds. While each of the two Oppositions demonstrates the necessity of the order proposed by Troca in its motion at ECF No. 29, the conflicts between the two Oppositions raise important questions that must be properly addressed by Troca. Given the recent verdict against its sole member, Abhijit Das, in *USA v. Das* (1:21-CR-10200), Mr. Das is substantially occupied with matters arising therefrom. Accordingly, Troca respectfully requests that it be granted leave to file replies to

Defendants' Oppositions and to do so by November 6, 2023.

**TROCA GLOBAL ADVISORS LLC**

Respectfully submitted,

*/s/ Alan D. Rose Jr.*
Alan D. Rose, Jr. (BBO #628871)
Meredith W. Doty (BBO #652220)
ROSE LAW PARTNERS LLP
One Beacon Street, 23rd Floor
Boston, MA 02108
(617) 536-0040
Fax: (617) 536-4400
adrjr@rose-law.net
mwd@rose-law.net

Dated: October 25, 2023

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

I hereby certify that on October 25, 2023, I conferred via email with counsel for defendants regarding this motion. In my email, I asked counsel for defendants if they had any objection to Troca's request for leave to file replies in response to defendants' respective oppositions and to do so by November 6, 2023, and attached a draft of this motion. Counsel for defendants Bulk MRO and VendorPayment responded that they do not oppose Troca's procedural request for leave to file a reply on or before November 6, 2023, but that they do oppose any substantive representations or argument made in this motion, and any anticipated reply brief.

*/s/ Meredith Doty*
Meredith W. Doty

**CERTIFICATE OF SERVICE**

I, Alan D. Rose, Jr. hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via mail to those indicated as non-registered participants on October 25, 2023.

*/s/ Alan D. Rose, Jr.*
Alan D. Rose, Jr.